# United States District Court
# For The Western District of North Carolina
# Statesville Division

PATRICIA V. WEST,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:06CV46

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2008, Order.

                                                 Signed: February 27, 2008

                                                 Frank G. Johns, Clerk
                                                 United States District Court